**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Alan David Berlin** | Social Security number or ITIN  **xxx–xx–9033** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Carolyn H. Berlin** | Social Security number or ITIN  **xxx–xx–8741** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Virginia** | | Date case filed for chapter  **7  2/4/19** |
| Case number:  **19–10355–KHK** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Alan David Berlin | Carolyn H. Berlin |
| 2. | **All other names used in the last 8 years** | | aka Carolyn H. Brenner |
| 3. | **Address** | 5484 Rodriquez Lane<br>Haymarket, VA 20169 | 5484 Rodriquez Lane<br>Haymarket, VA 20169 |
| 4. | **Debtor's attorney**<br>Name and address | John Paul Goetz<br>John Goetz Law, PLC<br>86 W. Shirley Avenue<br>Warrenton, VA 20186 | Contact phone (540) 359–6605<br>Email: docs@johngoetzlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Janet M. Meiburger<br>The Meiburger Law Firm, P.C.<br>1493 Chain Bridge Road, Suite 201<br>McLean, VA 22101–5726 | Contact phone 703–556–9404<br>Email: trustee@meiburgerlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: February 5, 2019 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 14, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**1725 Duke Street, Suite 520, Alexandria, VA 22314** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:  May 13, 2019** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                  page 2

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page 3

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 19-10355-KHK
Alan David Berlin                                               Chapter 7
Carolyn H. Berlin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: glennj          Page 1 of 2          Date Rcvd: Feb 05, 2019
                              Form ID: 309A         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2019.
db          +Alan David Berlin,    5484 Rodriquez Lane,    Haymarket, VA 20169-6102
14707097     Associated Credit Services Inc,   P.O. Box 5171,   Westborough, MA 01581-5171
14707098    +Bank Of America,    4909 Savarese Circle,   FL1-908-01-50,    Tampa, FL 33634-2413
14707102    +Capital Palliative Care,    2900 Telestar Court,   Falls Church, VA 22042-1206
14707106    +Eagle Bank,   7830 Old Georgetown Road,    3rd Floor,   Bethesda, MD 20814-2432
14707107    +Expressions Dental Care,    11515 Sunrise Valley Drive,   Reston, VA 20191-1505
14707108    +First Bank Puerto Rico,    Attn: Bankruptcy,   9795 S. Dixie Hwy.,    Pinecrest, FL 33156-2806
14707110    +Lee Berlin,   5313 Kernstown Court,    Haymarket, VA 20169-4504
14707111    +Mark Albanese, Esq,    4041 University Drive,   Suite 301,   Fairfax, VA 22030-3410
14707112   #+Michael P. Chabrow,    Mitchell Rubenstein & Assoc,   12 S. Summit Avenue, Suite 250,
              Gaithersburg, MD 20877-2092
14707114    +Novant Health,   P.O. Box 7428,    Merrifield, VA 22116-7428
14707116    +Shulman & Rogers,   12505 Park Potomac Ave,    6th Floor,    Potomac, MD 20854-6803
14707120     US BANK - DMS CGI,   P.O. Box 979110,    Saint Louis, MO 63197-9000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
jdb         +E-mail/PDF: carolyn5484@gmail.com Feb 06 2019 03:26:25     Carolyn H. Berlin,
              5484 Rodriquez Lane,   Haymarket, VA 20169-6102
aty          E-mail/Text: docs@johngoetzlaw.com Feb 06 2019 03:31:57     John Paul Goetz,
              John Goetz Law, PLC,   86 W. Shirley Avenue,   Warrenton, VA 20186
tr           EDI: BJMMEIBURGER.COM Feb 06 2019 08:08:00     Janet M. Meiburger,
              The Meiburger Law Firm, P.C.,   1493 Chain Bridge Road, Suite 201,    McLean, VA 22101-5726
14707096    +E-mail/Text: cucollections@arlingtoncu.org Feb 06 2019 03:33:30     Arlington Community Fc,
              Attn: Bankruptcy,   5666 Columbia Pike,   Bailey Crossroads, VA 22041-2700
14707099     EDI: BANKAMER.COM Feb 06 2019 08:08:00     Bank Of America,   P.O. Box 982235,
              El Paso, TX 79998-0000
14707101     EDI: BMW.COM Feb 06 2019 08:08:00     BMW Financial Services,   Attn: Bankruptcy Department,
              PO Box 3608,   Dublin, OH 43016-0000
14707100    +EDI: TSYS2.COM Feb 06 2019 08:08:00     Barclays Bank Delaware,   Attn: Correspondence,
              PO Box 8801,   Wilmington, DE 19899-8801
14707103    +E-mail/Text: bankruptcynotices@cbecompanies.com Feb 06 2019 03:33:21     CBE Group,
              1309 Technology Pkwy,   Cedar Falls, IA 50613-6976
14707104    +EDI: CREDPROT.COM Feb 06 2019 08:08:00     Credit Protection Assoc.,   P.O. Box 802068,
              Dallas, TX 75380-2068
14707105    +E-mail/Text: bankruptcy.bnc@ditech.com Feb 06 2019 03:32:38     Ditech,   Attn: Bankruptcy,
              PO Box 6172,   Rapid City, SD 57709-6172
14707109    +E-mail/Text: Bankruptcies@FirstHomeBank.com Feb 06 2019 03:34:23     First Home Bank,
              Attn: Deposit Operations,   9190 Seminole Blvd,   Seminole, FL 33772-3148
14707113    +EDI: MID8.COM Feb 06 2019 08:08:00     Midland Funding,   2365 Northside Dr Ste 300,
              San Diego, CA 92108-2709
14707115    +EDI: PMSCOLLECTS.COM Feb 06 2019 08:08:00     Progressive Management Systems,
              Attn: Bankruptcy Department,   1521 W Cameron Ave., First Floor,    West Covina, CA 91790-2738
14707117    +EDI: STF1.COM Feb 06 2019 08:08:00     Suntrust Bank,   Attn: Bankruptcy,   PO Box 85092,
              Richmond, VA 23285-5092
14707118    +EDI: STF1.COM Feb 06 2019 08:08:00     Suntrust Bank,   Attn: Bankruptcy,
              Mail Code VA-RVW-6290 PO Box 85092,   Richmond, VA 23285-5092
14707119    +EDI: RMSC.COM Feb 06 2019 08:08:00     Synchrony Bank/Select Comfort,   Attn: Bankruptcy Dept,
              PO Box 965060,   Orlando, FL 32896-5060
14707121     EDI: WFFC.COM Feb 06 2019 08:08:00     Wells Fargo Bank,   Attn: Bankruptcy Dept,   PO Box 6429,
              Greenville, SC 29606-0000
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0422-9          User: glennj              Page 2 of 2              Date Rcvd: Feb 05, 2019
                              Form ID: 309A             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2019 at the address(es) listed below:
              Janet M. Meiburger    trustee@meiburgerlaw.com, VA41@ecfcbis.com
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
              John Paul Goetz    on behalf of Joint Debtor Carolyn H. Berlin docs@johngoetzlaw.com,
               john@johngoetzlaw.com;goetzjr45880@notify.bestcase.com;goetzjr75844@notify.bestcase.com
              John Paul Goetz    on behalf of Debtor Alan David Berlin docs@johngoetzlaw.com,
               john@johngoetzlaw.com;goetzjr45880@notify.bestcase.com;goetzjr75844@notify.bestcase.com
                                                                                             TOTAL: 4
```