# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 19−10355−KHK
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alan David Berlin
5484 Rodriquez Lane
Haymarket, VA 20169

Carolyn H. Berlin
aka Carolyn H. Brenner
5484 Rodriquez Lane
Haymarket, VA 20169

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−9033                                         Joint Debtor: xxx−xx−8741

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA                                                 Joint Debtor:  NA

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Date: **June 17, 2019**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

Address of the Bankruptcy Court

200 South Washington Street
Alexandria, VA 22314

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

Dated:   March 15, 2019

[B2040.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 19-10355-KHK
Alan David Berlin                                               Chapter 7
Carolyn H. Berlin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: glennj              Page 1 of 2              Date Rcvd: Mar 15, 2019
                              Form ID: 2040             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
```
db            +Alan David Berlin,    5484 Rodriquez Lane,    Haymarket, VA 20169-6102
14707097       Associated Credit Services Inc,    P.O. Box 5171,    Westborough, MA 01581-5171
14707098      +Bank Of America,    4909 Savarese Circle,    FL1-908-01-50,    Tampa, FL 33634-2413
14707102      +Capital Palliative Care,    2900 Telestar Court,    Falls Church, VA 22042-1206
14707106      +Eagle Bank,    7830 Old Georgetown Road,    3rd Floor,    Bethesda, MD 20814-2432
14707107      +Expressions Dental Care,    11515 Sunrise Valley Drive,    Reston, VA 20191-1505
14707108      +First Bank Puerto Rico,    Attn: Bankruptcy,    9795 S. Dixie Hwy.,    Pinecrest, FL 33156-2806
14707110      +Lee Berlin,    5313 Kernstown Court,    Haymarket, VA 20169-4504
14707111      +Mark Albanese, Esq,    4041 University Drive,    Suite 301,    Fairfax, VA 22030-3410
14707112     #+Michael P. Chabrow,    Mitchell Rubenstein & Assoc,    12 S. Summit Avenue, Suite 250,
                Gaithersburg, MD 20877-2092
14707114      +Novant Health,    P.O. Box 7428,    Merrifield, VA 22116-7428
14707116      +Shulman & Rogers,    12505 Park Potomac Ave,    6th Floor,    Potomac, MD 20854-6803
14707120       US BANK - DMS CGI,    P.O. Box 979110,    Saint Louis, MO 63197-9000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
jdb           +E-mail/PDF: carolyn5484@gmail.com Mar 16 2019 03:31:57      Carolyn H. Berlin,
                5484 Rodriquez Lane,    Haymarket, VA 20169-6102
tr             EDI: BJMMEIBURGER.COM Mar 16 2019 07:08:00      Janet M. Meiburger,
                The Meiburger Law Firm, P.C.,    1493 Chain Bridge Road, Suite 201,    McLean, VA 22101-5726
cr            +EDI: AISACG.COM Mar 16 2019 07:08:00      BMW Bank of North America, c/o AIS Portfolio Servi,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14707096      +E-mail/Text: cucollections@arlingtoncu.org Mar 16 2019 03:33:16      Arlington Community Fc,
                Attn: Bankruptcy,    5666 Columbia Pike,    Bailey Crossroads, VA 22041-2700
14707099       EDI: BANKAMER.COM Mar 16 2019 07:08:00      Bank Of America,    P.O. Box 982235,
                El Paso, TX 79998-0000
14713290      +EDI: AISACG.COM Mar 16 2019 07:08:00      BMW Bank of North America,
                AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14707101       EDI: BMW.COM Mar 16 2019 07:08:00      BMW Financial Services,    Attn: Bankruptcy Department,
                PO Box 3608,    Dublin, OH 43016-0000
14707100      +EDI: TSYS2.COM Mar 16 2019 07:08:00      Barclays Bank Delaware,    Attn: Correspondence,
                PO Box 8801,    Wilmington, DE 19899-8801
14707103      +E-mail/Text: bankruptcynotices@cbecompanies.com Mar 16 2019 03:33:09      CBE Group,
                1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
14707104      +EDI: CREDPROT.COM Mar 16 2019 07:08:00      Credit Protection Assoc.,    P.O. Box 802068,
                Dallas, TX 75380-2068
14707105       E-mail/Text: bankruptcy.bnc@ditech.com Mar 16 2019 03:32:31      Ditech,    Attn: Bankruptcy,
                PO Box 6172,    Rapid City, SD 57709-6172
14707109      +E-mail/Text: Bankruptcies@FirstHomeBank.com Mar 16 2019 03:33:52      First Home Bank,
                Attn: Deposit Operations,    9190 Seminole Blvd,    Seminole, FL 33772-3148
14707113      +EDI: MID8.COM Mar 16 2019 07:08:00      Midland Funding,    2365 Northside Dr Ste 300,
                San Diego, CA 92108-2709
14707115      +EDI: PMSCOLLECTS.COM Mar 16 2019 07:08:00      Progressive Management Systems,
                Attn: Bankruptcy Department,    1521 W Cameron Ave., First Floor,    West Covina, CA 91790-2738
14707117      +EDI: STF1.COM Mar 16 2019 07:08:00      Suntrust Bank,    Attn: Bankruptcy,    PO Box 85092,
                Richmond, VA 23285-5092
14707118      +EDI: STF1.COM Mar 16 2019 07:08:00      Suntrust Bank,    Attn: Bankruptcy,
                Mail Code VA-RVW-6290 PO Box 85092,    Richmond, VA 23285-5092
14707119      +EDI: RMSC.COM Mar 16 2019 07:08:00      Synchrony Bank/Select Comfort,    Attn: Bankruptcy Dept,
                PO Box 965060,    Orlando, FL 32896-5060
14707121       EDI: WFFC.COM Mar 16 2019 07:08:00      Wells Fargo Bank,    Attn: Bankruptcy Dept,    PO Box 6429,
                Greenville, SC 29606-0000
                                                                                               TOTAL: 18
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*           Janet M. Meiburger,    The Meiburger Law Firm, P.C.,    1493 Chain Bridge Road, Suite 201,
                McLean, VA 22101-5726
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0422-9          User: glennj              Page 2 of 2              Date Rcvd: Mar 15, 2019
                              Form ID: 2040             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
              Janet M. Meiburger    trustee@meiburgerlaw.com, VA41@ecfcbis.com
              Janet M. Meiburger     on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com,
               VA41@ecfcbis.com
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
              John Paul Goetz    on behalf of Joint Debtor Carolyn H. Berlin docs@johngoetzlaw.com,
               john@johngoetzlaw.com;goetzjr45880@notify.bestcase.com;goetzjr75844@notify.bestcase.com
              John Paul Goetz    on behalf of Debtor Alan David Berlin docs@johngoetzlaw.com,
               john@johngoetzlaw.com;goetzjr45880@notify.bestcase.com;goetzjr75844@notify.bestcase.com
                                                                                             TOTAL: 5
```